IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, )<br>)<br>*Plaintiff* )<br>)<br>*v.* )<br>)<br>SEAN A. TATE, SANDREA M. WHITE, )<br>PATRICIA BROADEN, and QUINN D. )<br>TATE, individually and as the Guardian )<br>of the Estate of KARJUAN J. TATE, )<br>a disabled adult, )<br>)<br>*Defendants.* ) | Case No. 3:14-cv-1029-SCW |

## AGREED ORDER

THIS CAUSE coming before the court on the AGREEMENT AND STIPULATION of the parties; the court being fully advised in the premises, FINDS:

1. On or about September 24, 2014, Plaintiff Metropolitan Life Insurance Company filed a Complaint in Interpleader.

2. On or about January 29, 2015, this court entered an ORDER directing Plaintiff Metropolitan Life Insurance Company to deposit with the Clerk of Court the life insurance benefits in dispute, totaling $32,640.00 ("life insurance benefits")

3. On or about January 29, 2015, this court dismissed, with prejudice, Plaintiff Metropolitan Life Insurance Company from this action.

4. On or about October 26, 2015, this court entered a Default Judgment against Patricia Broaden, finding that Patricia Broaden has forfeited her claims to any of the life insurance benefits.

5. The remaining Defendants, Sean A. Tate, Sandrea M. White, and Quinn D. Tate,

individually and as the Guardian of the Estate of Karjuan J. Tate, have reached an agreement as to the distribution of the life insurance benefits.

IT IS THEREFORE **ORDERED**, BY AGREEMENT OF THE PARTIES, SEAN A. TATE, SANDREA M. WHITE, AND QUINN D. TATE, INDIVIDUALLY AND AS THE GUARDIAN OF THE ESTATE OF KARJUAN TATE, AS FOLLOWS:

A. Defendant, SANDREA M. WHITE is awarded TEN THOUSAND DOLLARS ($10,000.00) as her portion of the life insurance benefits, and said portion shall be mailed directly to her, at her address of record P.O.Box 287, Belleville, IL 62222.

B. Defendant, Sean A. Tate, is awarded SEVEN THOUSAND FIVE HUNDRED FORTY SIX DOLLARS AND SIXTY SIX CENTS ($7,546.66), as his portion of the life insurance benefits.  Said check shall be made payable to "Sean A. Tate, and P.K. Johnson, V, his attorney," and shall be mailed to P.K. Johnson, V, 11 South High Street, Belleville, IL 62220.

C. Defendant, Quinn D. Tate, is awarded SEVEN THOUSAND FIVE HUNDRED FORTY SIX DOLLARS AND SIXTY SEVEN CENTS ($7,546.67), as his portion of the life insurance benefits.   Said check shall be made payable to "Quinn D. Tate, and P.K. Johnson, V, his attorney," and shall be mailed to P.K. Johnson, V, 11 South High Street, Belleville, IL 62220.

D. Defendant, Quinn D. Tate, Guardian of the Estate of Karjuan Tate, is awarded SEVEN THOUSAND FIVE HUNDRED FORTY SIX DOLLARS AND SIXTY SEVEN CENTS ($7,546.67), as his portion of the life insurance benefits.  Said check shall be made payable to "Quinn D. Tate, Guardian of the Estate of Karjuan Tate, a disabled adult, and P.K. Johnson, V, his attorney," and shall be mailed to P.K. Johnson, V, 11 South High Street, Belleville, IL 62220.

E.     Upon distribution of the funds as set forth herein, this matter shall be dismissed, with prejudice.

**IT IS SO ORDERED**.

**DATED: February 17, 2016**              */s/ Stephen C. Williams*
                                          **STEPHEN C. WILILAMS**
                                          United States Magistrate Judge

3